**Order entered May 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00248-CV

**CONNIE MARIE MACINNES, Appellant**

**V.**

**DEBORAH BUTTS, ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC1203784I**

## ORDER

In this Court's April 17, 2014 order, we ordered Sheretta Martin, Official Court Reporter for the 162nd Judicial District Court of Dallas County, Texas, to file by May 1, 2014 either the reporter's record or written verification that no hearings were recorded or that appellant has not requested the record. When the Court did not receive any response, the Court, on May 6, 2014, again ordered Sheretta Martin to file by May 14, 2014, either the reporter's record or written verification that no hearings were recorded or that appellant has not requested the reporter's record.

On May 8, 2014, appellant provided this Court with a copy of the notice she sent to Sheretta Martin. In her notice, appellant listed three hearings by date and the non-jury trial. On May 13, 2014, Sheretta Martin filed a letter with this Court stating "Although I have had

correspondence from [appellant], the correspondence is not a Request for Reporter's Record as set out by TRAP 34.6, it is requesting legal advice."

We conclude appellant's correspondence to Sheretta Martin is a sufficient request for the reporter's record.  Accordingly, we **ORDER** Sheretta Martin to file **ON OR BEFORE JUNE 6, 2014**, the reporter's record from the following hearings:

1.      hearing held on April 23, 2014;

2.      hearing held on a motion to reconsider on January 6, 2014;

3.      final disposition hearing held on October 11, 2013; and

4.      non-jury trial held on August 12, 2013.

**We CAUTION Sheretta Martin that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.**

We **DIRECT** the Clerk of this Court to send a copy of this order, by electronic transmission, to The Honorable Phyllis Lister Brown, Judge of the 162nd Judicial District Court of Dallas County, Texas, and Sheretta Martin and by first-class mail to all parties.


/s/     ADA BROWN
        JUSTICE